# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK

Denise M. Lucks  
Clerk of Court

www.ned.uscourts.gov

Gabriela Acosta  
Chief Deputy Clerk

July 26, 2018

TO:          The Honorable Richard G. Kopf

FROM:      Clerk, United States District Court  
               Lindsey Olson

DATE:       July 25, 2018

SUBJECT:   8:18cv271 Mumin v. Douglas County, Nebraska et al

You are receiving this memorandum because a petitioner filed a notice of appeal in this habeas case and the clerk's office cannot process the appeal to the Eighth Circuit until one or more issues are resolved.[1]

<u>Certificate of Appealability</u>: A ruling on a certificate of appealability has already been made and no further action is needed on this issue to process the appeal.

<u>Filing Fee/IFP Status</u>: The filing fee has not been paid. The clerk's office cannot process this appeal to the Eighth Circuit until either the appellate filing fee is paid or the question of the petitioner's authorization to proceed in forma pauperis is resolved. In order to assist the clerk's office in its processing of this appeal, please mark the appropriate box:

☒ No separate order will be entered because the petitioner is entitled to proceed on appeal in forma pauperis without further authorization pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure.

☐ A separate order or further proceedings will be required to address the petitioner's authorization to proceed in forma pauperis. The clerk's office ☐ is ☐ is not directed to set a 30-day case management deadline checking on the status of the processing of this appeal.

---

[1] The purpose of this memorandum is to assist in the timely processing of this appeal by notifying you that one or more issues may require your attention before the clerk's office can process the appeal. Please feel free to disregard this memorandum if the issue or issues raised will be addressed by a separate order.

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381  
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

Forms-Appeal-Memo_Petitioner_Appealing_in_Habeas_Case