IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUKHAN MUMIN, | |
| Petitioner, | **8:18CV271** |
| vs. | |
| DOUGLAS COUNTY, NEBRASKA, and STATE OF NEBRASKA, | **MEMORANDUM AND ORDER** |
| Respondents. | |

This closed federal habeas matter is before the court on Petitioner Dukhan Mumin's ("Petitioner" or "Mumin") "Request for Relief from Judgment as an Independent Action Pursuant to Fed. R. Civ. Pro. Rule 60(d)(1)" which the court construes as a motion. (Filing No. 16.) Mumin's motion challenges the court's decisions which "left in place a judgment originating from the Lancaster County District Court in case number CR11-954, from filings in this Court under 4:17cv3164, 4:04-cv-3058, 4:16cv3033, and 8:18-cv-271." (*Id.* at CM/ECF p. 1, ¶ 4.) However, the conviction Mumin challenged in his petition (filing no. 1) was a conviction in case number 144 878 in the District Court of Douglas County, Nebraska and is, thus, wholly unrelated to the subject of the present motion. Upon consideration,

IT IS ORDERED that Petitioner's "Request for Relief from Judgment as an Independent Action Pursuant to Fed. R. Civ. Pro. Rule 60(d)(1)" (filing no. 16), construed as a motion, is denied.

Dated this 5th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge